UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO: 2:10-cr-48-FtM-29CM

NELSON CRISTIANO
MACHADO, JR.

### ORDER

Before the Court is Defendant's Motion to Incur the Cost of a Translator (Doc. 55), filed on June 1, 2016. Defendant is represented by appointed counsel pursuant to the Criminal Justice Act ("CJA"). Defendant is seeking the Court to authorize the services of Michael Powers, a Miami based Portugese interpreter, to aid his counsel in communicating with Defendant regarding the decision to enter a plea agreement or proceed to trial. Defendant, however, is not seeking approval of costs for these services.[1] Defendant speaks limited English. Mr. Powers is on an approved list of interpreters in the Southern District of Florida and has provided CJA services in the past in the Middle District of Florida.

---

[1] Counsel writes, "[t]he undersigned recognizes that under the Criminal Justice Act, approval is not necessary for up to $800.00." Doc. 55 at 1 n.1.

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Motion to Incur the Cost of a Translator (Doc. 55) is **GRANTED**. Defendant is authorized to utilize the services of Michael Powers for translation purposes.

**DONE** and **ORDERED** in Fort Myers, Florida on this 2nd day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of Record

ACCORDINGLY, it is hereby

**ORDERED:**

Defendant's Motion to Incur the Cost of a Translator (Doc. 55) is **GRANTED**. Defendant is authorized to utilize the services of Michael Powers for translation purposes.

**DONE** and **ORDERED** in Fort Myers, Florida on this 2nd day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of Record