UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                        CASE NO: 2:10-cr-48-FtM-29CM

NELSON CRISTIANO MACHADO,
JR.
_____

ORDER

Before the Court is Defendant's Motion for Advanced Authorization to Incur the Cost of a Translator (Doc. 61), filed on June 6, 2016. Defendant seeks funds pursuant to 18 U.S.C. § 3006A(e)(1) ("CJA") for interpreter services necessary for his counsel's effective representation of Defendant. *See* Docs. 55, 61.[1]

Defendant is represented by CJA appointed counsel. Defendant is seeking the Court to authorize the services of Michael Powers, a Miami based Portugese interpreter, to aid his counsel in communicating with Defendant regarding the decision to enter a plea agreement or proceed to trial. Doc. 55. Defendant states that the interpreter's fees will exceed $800.00 but should not exceed $2,400.00. Doc. 61 at 1. Defendant anticipates that there will be a number of meetings that will necessitate the services of Mr. Powers. *Id.*

For services other than counsel, the CJA provides, in relevant part:

> Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may

---

[1] On June 1, 2016, Defendant filed a Motion to Incur the Cost of a Translator. Based on the body of the motion, the Court construed it as a motion to authorize the services of a Portuguese interpreter, and not a request for costs. The Court granted the motion. Doc. 58. Defendant now seeks authorization for costs up to $2,400.00.

> request them in an *ex parte* application. Upon finding, after appropriate inquiry in an *ex parte* proceeding, that the services are necessary and that the person is financially unable to obtain them, the court, or the United States magistrate judge if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain the services.

18 U.S.C. § 3006A(e)(1). "Compensation to be paid to a person for services rendered by him to a person under this subsection, or to be paid to an organization for services rendered by an employee thereof, shall not exceed $2,400, exclusive of reimbursement for expenses reasonably incurred . . ." unless otherwise certified by the Court, as provided therein. 18 U.S.C. § 3006A(e)(3). In order to authorize services under 18 U.S.C. § 3006A(e), the defendant must successfully demonstrate that (1) he is financially unable to obtain such services, and (2) such services are "necessary for adequate representation." *United States v. Hernandez*, 743 F.3d 812, 815 (11th Cir. 2014).

This Court previously determined that Defendant financially qualified for the appointment of CJA counsel. Doc. 29. There is no evidence before the Court that Defendant's financial circumstances have changed. The Court therefore finds that he is financially unable to obtain interpreter services. Thus, the Court finds that because the Defendant is financially unable to obtain interpreter services and the interpreter services are necessary for adequate representation, the request for funds up to the statutory maximum of $2,400.00 is due to be granted.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Motion for Advanced Authorization to Incur the Cost of a Translator (Doc. 61) is **GRANTED**, up to the statutory maximum of $2,400.00 pursuant to 18 U.S.C. § 3006A(e)(1).

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of Record