UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:10-cr-48-FtM-38CM

NELSON CRISTIANO MACHADO, JR.

**ORDER**

This matter comes before the Court on September 26, 2016 for a sentencing hearing. During the sentencing hearing, the court ordered the defendant's passport to be surrendered to the clerk's office post sentencing.

Accordingly, it is now

**ORDERED:**

The Defendant's passport shall be surrendered to the clerk's office by law enforcement.

**DONE AND ORDERED** at Fort Myers, Florida, this September 26, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record