UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:10-cr-48-FtM-38CM

NELSON CRISTIANO MACHADO, JR.

### **ORDER**[1]

This matter comes before the Court on Defendant Nelson Cristiano Machado, Jr.'s Motion for Bond Pending Appeal (Doc. #96) filed on September 23, 2016.

Roughly four months ago, a federal jury found Defendant guilty of three counts of wire fraud in violation of 18 U.S.C. § 1343. (Doc. #81). The undersigned has since sentenced Defendant to thirty-six (36) months' imprisonment with each count to run concurrently. (Doc. #98). Defendant now appeals the Judgment entered against him (Doc. #103) and moves the Court to allow him to remain on bond pending appeal of the jury's determination and his sentence. (Doc. #96).

The Bail Reform Act of 1984 governs a defendant's release pending appeal. 18 U.S.C. 3143(b). It provides that the Court "shall order that a person who has been found guilty of an offense and sentenced to a term of imprisonment, and who has filed an appeal . . . be detained[.]" *Id.* To overcome this statutorily required detention, the defendant must show

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

>   (A) by clear and convincing evidence that [he] is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c) of this title; and
>
>   (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in --
>
>       i.   reversal,
>
>       ii.  an order for a new trial,
>
>       iii. a sentence that does not include a term of imprisonment, or
>
>       iv.  a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

18 U.S.C. § 3143(b).

Here, Defendant has not established any basis to find that his release pending appeal is appropriate under 18 U.S.C. § 3143.  Although nothing in the record suggests that Defendant poses a threat to the safety of others, he has failed to prove by clear and convincing evidence that he is not a flight risk.  Defendant is a native Brazilian, and he has travelled regularly to Brazil prior to surrendering his passport.  More importantly, Defendant evaded arrest in this case by fleeing to Brazil.  Specifically, within one month of law enforcement first contacting him about his real estate properties in Lee County, Florida, Defendant quit his job and moved to Brazil.  For the next six years, he lived in Brazil making only occasional short trips to the United States. Regarding his present situation, Defendant lives with his wife and children at the home of his wife's sister, which she rents.  But Defendant's parents and sister live in Brazil.  That said, the Court recognizes that Defendant has been under the supervision of Pretrial Services and that he has remained without incident since his arrest.  Considering all the evidence, however,

Defendant has not shown by clear and convincing evidence that he is not likely to flee during the pendency of appeal.

Next, the Court does not find that the issues to be presented on appeal raise substantial issue of law or fact. It has already rejected Defendant's argument concerning the lack of sufficient evidence to support the counts of conviction. (Doc. #87). And the Court has sentenced Defendant to a term of imprisonment within the Sentencing Guidelines' range. (Doc. #98).

Accordingly, it is now

**ORDERED:**

Defendant Nelson Cristiano Machado, Jr.'s Motion for Bond Pending Appeal (Doc. #96) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this October 5, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record